Devin H. Fok, Esq. (SBN 256599)
devin@devinfoklaw.com
Joshua Kim, Esq. (SBN 257260)
joshua@devinfoklaw.com
**DHF LAW, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Tel.:    (888) 651-6411
Fax:    (818) 484-2023

Attorneys for Plaintiff
ERIC RODRIGUEZ, as an individual

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC RODRIGUEZ, as an individual | Case No. |
| Plaintiff(s), | **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |
| v. | |
| NATIONAL TENANT NETWORK; and DOES 1 TO 10, Inclusive | |
| Defendant(s). | |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff ERIC RODRIGUEZ (hereafter "Plaintiff") files his Complaint for Damages and Demand for a Jury Trial against Defendant NATIONAL TENANT NETWORK; (hereafter "Defendant") and DOES 1-10 inclusive (hereafter collectively as "Defendants"), and alleges as follows:

## NATURE OF THE ACTION

1.  Defendant NATIONAL TENANT NETWORK ("NTN") is a resident screening company that provides background screening services to numerous entities.

2.  Before October 29, 2023, Plaintiff submitted a rental application, in addition to a background check and rental deposit payment.

1

3.  In connection with Plaintiff's rental application, the landlord procured a background screening report ("Report") on Plaintiff from Defendant.

4.  The Report disclosed inaccurate criminal history on Plaintiff.

5.  Specifically, Defendant disclosed multiple felony criminal charges that do not belong to Plaintiff.

6.  Under the Fair Credit Reporting Act ("**FCRA**" 15 USC §1681 et seq.) §1681(e)(b), Defendant was required to use reasonable procedures to ensure the ***maximum possible accuracy*** of the information reported. Failing to report accurate and up to date information regarding criminal history is a clear violation of this statute.

7.  As a direct result of Defendant's failure to verify public records, Plaintiff was denied housing through the rental application he submitted.

8.  Defendant did not have defined processes to verify the accuracy of the public records information provided.

9.  Plaintiff suffered, and continues to suffer, actual damages and emotional distress as a result of the denial of his rental application.

10. Accordingly, Plaintiff seeks recovery for his actual damages, including loss of housing, emotional distress, and damage to his reputation. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

## **THE PARTIES**

11. Plaintiff is an individual and resident of Ovideo, Florida.

12. Defendant is a consumer reporting agency within the meaning of the Fair Credit Reporting Act ("**FCRA**" 15 U.S. Code §1681 et seq.) 15 U.S. Code §1681(a)(f) and it is a routine seller of investigative consumer reports within the meaning of 15 U.S. Code §1681e.

13. Defendant is located at 5755 SW Jean Rd., Suite 200, Lake Oswego, OR 97035.

14. Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

15. Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

16. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**[Violation of 15 USC §1681(e)(b)]**

17. Plaintiff hereby incorporates by reference the allegations of each and every paragraph numbered 1 through 16 above.

18. Defendant willfully and/or recklessly violated the above-referenced sections of the FCRA by disclosing inaccurate and outdated information.

19. Defendant's conduct was willful and/or reckless because it knew that its failure to report updated information regarding criminal records is insufficient to ensure maximum possible accuracy of the criminal history information reported.

20. Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

21. Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the reported information about Plaintiff was accurate.

### SECOND CAUSE OF ACTION

**[Violation of 15 U.S.C. §1681g]**

22. Plaintiff hereby incorporates by reference the allegations of each and every paragraph numbered 1 through 16 above.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

23. Defendant willfully violated the above referenced statutory requirements by failing to provide Plaintiff with his full file and other information as required by statute.

24. Plaintiff requested his full file via USPS mailed to Defendant's headquarters.

25. Plaintiff has not received a copy of his full file to date.

26. Defendant's willful and/or reckless violation of the statute entitles Plaintiff to actual damages, attorney's fees as well as statutory penalties.

27. Alternatively, Plaintiff alleges that Defendant's conduct was negligent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

a. For a declaration that Defendants' practices violate FCRA;

b. For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c. For interest upon such damages as permitted by law;

d. For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e. For the costs of the lawsuit;

f. For injunctive relief as applicable; and

g. For such other orders of the Court and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

Dated:  October 23, 2025                          **DHF LAW, P.C.**

By_____
    Devin H. Fok, Esq.
    Joshua Kim, Esq.
    Attorneys for Plaintiff
    ERIC RODRIGUEZ, as an individual