Devin H. Fok, Esq. (SBN 256599)
devin@devinfoklaw.com
Joshua Kim, Esq. (SBN 257260)
joshua@devinfoklaw.com
**DHF LAW, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Tel.:   (888) 651-6411
Fax:   (818) 484-2023

Attorneys for Plaintiff
ERIC RODRIGUEZ, as an individual

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC RODRIGUEZ, as an individual | Case No. 6:25-cv-02048-GAP-LHP |
| Plaintiff(s), | **MOTION FOR SPECIAL ADMISSION** |
| v. | |
| NATIONAL TENANT NETWORK; and DOES 1 TO 10, Inclusive | Action Filed: 10/23/2025<br>Trial Date:    TBD |
| Defendant(s). | |

Joshua E. Kim, Esquire, moves for special admission to represent plaintiff in this action.

I am not a member of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, United States District Court, Central District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- Riley Daniel Naughton v. InfoCheckUSA, Case No.: 6:24-CV-00620
- Cotton v. HireRight, LLC et al, Case No.: 8:25-cv-00597, which was transferred to, and assigned a new case number, 6:25-cv-01466.

- Gonzalez-Colon v. Safelite Group, Inc. et al, Case No.: 8:25-cv-00549

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I have registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 3, 2025                **DHF LAW, P.C.**

By /s/ Joshua E. Kim
Joshua Kim, Esq.
Devin H. Fok, Esq.
Attorneys for Plaintiff
ERIC RODRIGUEZ, as an individual

**Local Rule 3.01(g) Certification**

I certify that the requirements of Local Rule 3.01(g) cannot be met at this time because the opposing parties have not yet appeared in this case.

Dated:  November 3, 2025                    **DHF LAW, P.C.**

                                            By /s/ Joshua E. Kim
                                               Joshua Kim, Esq.
                                               Devin H. Fok, Esq.
                                               Attorneys for Plaintiff
                                               ERIC RODRIGUEZ, as an individual