Devin H. Fok, Esq. (SBN 256599)
devin@devinfoklaw.com
Joshua E. Kim, Esq. (SBN 257260)
joshua@devinfoklaw.com
**DHF LAW, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Tel.:  (888) 651-6411
Fax:  (818) 484-2023

Attorneys for Plaintiff
ERIC RODRDIGUEZ, as an individual

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ERIC RODRIGUEZ, as an individual<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NATIONAL TENANT NETWORK; and DOES 1 TO 10, Inclusive<br><br>　　　　Defendant(s). | Case No. 6:25-cv-02048-GAP-LHP<br><br>**DECLARATION OF JOSHUA E. KIM**<br><br>Action Filed:    October 23, 2025<br>Trial Date:  TBD |

I, Joshua E. Kim, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　I am over 18 years of age and competent to make this Declaration.  I submit this Declaration based upon my personal knowledge.  If called upon, I could and would testify to its accuracy.

2.　I am an attorney with DHF Law, P.C. and am counsel for Plaintiff in this action.

3. Neither DHF Law, PC nor I have affirmatively advertised in Floria or plan to do so in the future. I have no intent to appear in additional cases in a Florida court in the future.

4. On March 24, 2025, the court in Naughton v. InfoCheckUSA, LLC et al., 6:24-cv-00620-JSS-UAM (M.D. Fl., Apr. 1, 2024) granted my motion for special admission. This was my first-ever appearance in a court in Florida, state or federal.

5. On the same day, however, the parties settled all of the plaintiff's claims, and I had no procedural or substantial involvement in the case. I did not review any document in the case, give advice or counsel to the plaintiff, prepare any legal document, or appear in a hearing or mediation.

6. On May 20, 2025, the court in Cotton v. HireRight, LLC et al., 8:25-cv-597-SDM-AEP (M.D. Fl., March 12, 2025) granted my motion for special admission. The case was later transferred to a venue and assigned a new case number, 6:25-cv-01466-RBD-LHP.

7. On May 21, 2025, the court in Gonzalez-Colon v. Safelite Group, Inc., 8:25-cv-00549 (M.D. Fl., Mar. 6, 2025) granted my motion for special admission.

8. On October 23, 2025, a complaint was filed in this case based on facts arising on or about October 29, 2023. On November 3, 2025, I moved for special admission in this case. On November 4, 2025, the Court denied the motion without prejudice on the basis of Local Rule 2.01(c). Upon receipt of the Court's order denying my motion for special admission without prejudice, DHF

Law, PC has actively been looking for a Florida attorney to represent Plaintiff but has not been successful to date.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 24, 2025.

**DHF LAW, P.C.**

By _____
Joshua E. Kim, Esq.
Attorneys for Plaintiff
ERIC RODRIGUEZ