# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ERIC RODRIGUEZ,

    Plaintiff,

v.                                             Case No:   6:25-cv-2048-GAP-LHP

NATIONAL TENANT NETWORK,
INC. and DOES 1 - 10,

    Defendants

---

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff failed to comply with the Court's Initial Case Order of October 24, 2025 directing counsel to file a Notice of Pendency of Other Actions and a Disclosure Statement within 14 days (Doc. 3).   On November 13, 2025, the Court issued an Order Directing Compliance (Doc. 11).   On November 24, 2025, Plaintiff filed his Disclosure Statement (Doc. 13) but failed to file a Notice of Pendency of Other Actions.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on December 2, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Unrepresented Parties