# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ERIC RODRIGUEZ,

        Plaintiff,

v.                                            Case No:  6:25-cv-2048-GAP-LHP

NATIONAL TENANT NETWORK, INC.,

        Defendant

_____

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____  IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

_____  IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____            _____
Plaintiff(s) Counsel of Record                   Defendant(s) Counsel of Record
    or *Pro Se* Party                                   or Pro Se Party
[Address and Telephone]                  [Address and Telephone]