UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC RODRIGUEZ,

        Plaintiff,

v.                                            Case No:   6:25-cv-2048-GAP-LHP

NATIONAL TENANT NETWORK,
INC. and DOES 1 - 10,

        Defendants

## ORDER TO SHOW CAUSE

A review of this case finds that the complaint in this action was filed October 23, 2025, Plaintiff has failed to effect proper service on Defendant Does 1-10 within 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.   Moreover, Plaintiff has failed to identify John Doe Defendants.

Further, it appears service was executed on the defendant National Tenant Network Inc. on or about November 7, 2025 (See return of service at Doc. 12). Defendant has failed respond to the complaint.   Plaintiff has not applied for entry of default, pursuant to Federal Rule of Civil Procedure 55(a) within the time provided in Local Rule 1.10(b), or as further extended by the Court. Therefore it is

**ORDERED** that Plaintiff show cause within **fourteen (14)** days from the date of this Order why the complaint against the Defendants should not be dismissed for failure to prosecute pursuant to Local Rule 3.10, M.D. Fla.   Failure to respond to this order may result in dismissal of the defendants without prejudice.

**DONE** and **ORDERED** in Orlando, Florida, this 23rd day of January 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party